UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Jacqueline Mills-Wyatt § Case No. 13-24556
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on December 29, 2015
in Courtroom 682, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                                                             Clerk of the Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| Jacqueline Mills-Wyatt § | Case No. 13-24556 | |
| § | | |
| Debtor § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,496.42 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,496.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,899.64 | $ 0.00 | $ 1,899.64 |
| Trustee Expenses: STEVEN R. RADTKE | $ 5.81 | $ 0.00 | $ 5.81 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 4,600.00 | $ 0.00 | $ 4,600.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 25.00 | $ 0.00 | $ 25.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,530.45 |
| Remaining Balance | $ 4,965.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,715.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 10,571.45 | $ 0.00 | $ 909.60 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 29,553.95 | $ 0.00 | $ 2,542.91 |
| 3 | Nissan Motor Acceptance | $ 7,883.33 | $ 0.00 | $ 678.30 |
| 4 | Capital One Bank (Usa), N.A. | $ 3,986.45 | $ 0.00 | $ 343.01 |
| 5 | Capital Recovery V, Llc | $ 2,338.44 | $ 0.00 | $ 201.21 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 3,381.47 | $ 0.00 | $ 290.94 |

Total to be paid to timely general unsecured creditors    $    4,965.97

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-24556-JBS
Jacqueline Mills-Wyatt                                                  Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Nov 10, 2015
                              Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2015.
```
db         +Jacqueline Mills-Wyatt,    9020 South Phillips,    Chicago, IL 60617-3823
20607872   +ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
20607867   +Advocate Trinity,    PO Box 70173,    Chicago, IL 60673-0173
20607868   +Advocate Trinity Hospital,    PO Box 5598,    Chicago, IL 60680-5598
20607871   +Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
20607870    Allied Interstate,    300 Corporate Exchange Drive,    5th Floor,    Columbus, OH 43231
20607873   +Bank Financial,    6415 W 95th Street,    Chicago Ridge, IL 60415-2630
20607879   ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
             (address filed with court:   Citibank Sd, Na,    Citi Corp Credit Services,    7920 Nw 110th St,
             Kansas City, MO 64195)
20607880   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
             Kansas City, MO 64195)
20607875   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
23555263    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20607877   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20607876   +Chase,    Po Box 24696,    Columbus, OH 43224-0696
20607878   +Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
20607883   +Foster & Garbus,    60 Motor Pkway,    Commack, NY 11725-5710
20607886   +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
23529982    Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
20607887   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
20607888   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20607869   +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Nov 11 2015 01:40:24
             Advocate Trinity Hospital,    2320 E 93rd Street,    Chicago, IL 60617-3982
23486001    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 11 2015 01:45:27
             American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK 73124-8866
20607874   +E-mail/Text: mmeyers@blittandgaines.com Nov 11 2015 01:40:06      Blitt and Gaines, P.C.,
             661 Glenn Avenue,    Wheeling, IL 60090-6017
23673741    E-mail/PDF: rmscedi@recoverycorp.com Nov 11 2015 01:35:14      Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20607884   +E-mail/PDF: gecsedi@recoverycorp.com Nov 11 2015 01:34:38      Gecrb/Lowes,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
20607885   +E-mail/Text: ebn@ltdfin.com Nov 11 2015 01:37:45      LTD Financial Services,
             7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
23506223   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 11 2015 01:35:16
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20607889   +E-mail/Text: bnc@ursi.com Nov 11 2015 01:37:18      United Recovery Systems,
             5800 North Course Drive,    Houston, TX 77072-1613
                                                                                             TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20607881*  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
             Po Box 20507,    Kansas City, MO 64195)
20607882*  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: adragonet              Page 2 of 2              Date Rcvd: Nov 10, 2015
                              Form ID: pdf006              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2015 at the address(es) listed below:
```
              Ira P Goldberg     on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Joel P Fonferko    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ND-One@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter L Berk    on behalf of Debtor Jacqueline   Mills-Wyatt plberk@berklegal.com,
               hmilman@berklegal.com
              Steven R Radtke    on behalf of Attorney    Dimonte & Lizak, LLC sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
              Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```