# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jacqueline Mills-Wyatt | § | Case No. 13-24556 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 110,650.00                     Assets Exempt: 64,065.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,965.97        Claims Discharged
                                                   Without Payment: 607,399.81

Total Expenses of Administration: 6,530.45

---

   3) Total gross receipts of $ 11,496.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,496.42 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 116,498.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,530.45 | 6,530.45 | 6,530.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 435,318.84 | 60,548.94 | 60,548.94 | 4,965.97 |
| **TOTAL DISBURSEMENTS** | $ 551,816.84 | $ 67,079.39 | $ 67,079.39 | $ 11,496.42 |

   4)  This case was originally filed under chapter 7 on 06/14/2013 . The case was pending for 32 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 02/01/2016        By: /s/STEVEN R. RADTKE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/10 Interest In Estate Of Minnie Mae Mills; Estate Holds Ti | 1129-000 | 11,496.42 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,496.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 95,789.00 | NA | NA | 0.00 |
| | Nissan Motor Acceptance Po Box 660360 Dallas, TX 75266 | | 20,709.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 116,498.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,899.64 | 1,899.64 | 1,899.64 |
| STEVEN R. RADTKE | 2200-000 | NA | 5.81 | 5.81 | 5.81 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 4,600.00 | 4,600.00 | 4,600.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,530.45 | $ 6,530.45 | $ 6,530.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Trinity Hospital PO Box 5598 Chicago, IL 60680 | | 980.00 | NA | NA | 0.00 |
| | Bank Financial 6415 W 95th Street Chicago Ridge, IL 60415 | | 145,912.00 | NA | NA | 0.00 |
| | Bank Financial 6415 W 95th Street Chicago Ridge, IL 60415 | | 191,292.84 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 3,986.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 13,448.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 16,726.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 3,381.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na Citi Corp Credit Services 7920 Nw 110th St Kansas City, MO 64195 | | 29,553.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 1,283.00 | NA | NA | 0.00 |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 1,244.00 | NA | NA | 0.00 |
| | Gecrb/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 2,338.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 14,604.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | 10,571.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 10,571.45 | 10,571.45 | 909.60 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,986.45 | 3,986.45 | 343.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital Recovery V, Llc | 7100-000 | NA | 2,338.44 | 2,338.44 | 201.21 |
| 3 | Nissan Motor Acceptance | 7100-000 | NA | 7,883.33 | 7,883.33 | 678.30 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 3,381.47 | 3,381.47 | 0.00 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 29,553.95 | 29,553.95 | 0.00 |
|  | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,833.85 | 2,833.85 | 2,833.85 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 435,318.84 | $ 60,548.94 | $ 60,548.94 | $ 4,965.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-24556 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Jacqueline Mills-Wyatt | | | | Date Filed (f) or Converted (c): | 06/14/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 02/01/2016 | | | | Claims Bar Date: | 10/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9020 South Phillips, Chicago, Illinois (Single Family Home); | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Citibank (Joint With Husband); Total Valu | 250.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Chase | 600.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account - Bank Financial (Joint Account With Husban | 200.00 | 0.00 | | 0.00 | FA |
| 5. Household Furniture, Electronics, And Other Household Goods; | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Band And Other Costume Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance (Through Employer) | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) Retirement Account | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Ira Account | 22,000.00 | 0.00 | | 0.00 | FA |
| 11. 401K) Retirement Account - Xerox Corp. | 1,520.00 | 0.00 | | 0.00 | FA |
| 12. Erisa Qualified Employee Stock Ownership Plan - Xerox Corp. | 13,845.00 | 0.00 | | 0.00 | FA |
| 13. 12 Shares Of Xerox Stock | 108.00 | 0.00 | | 0.00 | FA |
| 14. Us Savings Bonds; Owned Jointly With Husband; Total Value: $ | 250.00 | 0.00 | | 0.00 | FA |
| 15. Civil Judgments For Unpaid Rent Against Joyce Parks And Lede | 0.00 | 0.00 | | 0.00 | FA |
| 16. 1/2 Beneficial Interest In Trust Holding A 6-Flat Building L | 0.00 | 0.00 | | 0.00 | FA |
| 17. 1/2 Beneficial Interest In Trust Holding 8-Flat Building Loc | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. 1/10 Interest In Estate Of Minnie Mae Mills; Estate Holds Ti | Unknown | 0.00 | | 11,496.42 | FA |
| 19. 2011 Nissan Rogue | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 20. Desktop Computer | 50.00 | 50.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $173,973.00 | $50.00 | $11,496.42    $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Exhibit 8

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/23/15  On July 7, 2015 the Trustee collected the sum of $11,496.42 from Jacqueline Mills-Wyatt.  This sum represents the non-exempt portion of the Debtor's distribution from the probate estate of Minnie Mills (2013 P 003031).  The Trustee is in the process of filing his final report.

The Trustee collected Debtor's inheritance in State court probate proceedings in the total amount of $11,496.42. The Trustee is in the process of preparing the final report and fee applications

Debtor has a fractional interest in real estate owned by deceased relative.  Possible value of that interest is undetermined.  A probate estate open in state court. (2013 P 003031) Bankruptcy case remains open pending resolution of probate case.  Next date 7/23/15 (Trustee has collected non-exempt portion of Debtor's distribution from probate estate.)


Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-24556 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jacqueline Mills-Wyatt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5711 |
| | Checking |
| Taxpayer ID No: XX-XXX0593 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:  $0.00   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No.: 13-24556 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Jacqueline Mills-Wyatt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5729 |
| | Checking |
| Taxpayer ID No: XX-XXX0593 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | 18 | Jacqueline Mills-Wyatt | Distributive Share from Mother's Estate | 1129-000 | $11,496.42 | | $11,496.42 |
| 01/13/16 | 106 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution Reversal Inadvertently created one check for payment of Claim Nos. 2 and 6 filed by Pyod, LLC et al; two separate checks will be created | | | ($2,833.85) | $14,330.27 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 representing a payment of 8.60 % per court order.    $2,542.91 | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6 representing a payment of 8.60 % per court order.    $290.94 | 7100-000 | | | |
| 01/13/16 | 101 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,899.64 | $12,430.63 |
| 01/13/16 | 102 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $5.81 | $12,424.82 |
| 01/13/16 | 103 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $4,600.00 | $7,824.82 |
| 01/13/16 | 104 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $7,799.82 |
| 01/13/16 | 105 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 8.60 % per court order. | 7100-000 | | $909.60 | $6,890.22 |

Page Subtotals:    $11,496.42    $4,606.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-24556 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Jacqueline Mills-Wyatt | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5729 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0593 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/01/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/13/16 | 106 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $2,833.85 | $4,056.37 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 2 ($2,542.91) representing a payment of 8.60 % per court order. | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 6 ($290.94) representing a payment of 8.60 % per court order. | 7100-000 | | | |
| 01/13/16 | 107 | Nissan Motor Acceptance<br>Pob 660366<br>Dallas, Tx 75266-0366 | Final distribution to claim 3 representing a payment of 8.60 % per court order. | 7100-000 | | $678.30 | $3,378.07 |
| 01/13/16 | 108 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 8.60 % per court order. | 7100-000 | | $343.01 | $3,035.06 |
| 01/13/16 | 109 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 5 representing a payment of 8.60 % per court order. | 7100-000 | | $201.21 | $2,833.85 |
| 01/13/16 | 110 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 representing a payment of 8.60% per court order | 7100-000 | | $2,542.91 | $290.94 |
| 01/13/16 | 111 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 8.60% per court order | 7100-000 | | $290.94 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,496.42 | $11,496.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $6,890.22 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

|  | | |
|---|---:|---:|
| Subtotal | $11,496.42 | $11,496.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,496.42 | $11,496.42 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5711 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX5729 - Checking | $11,496.42 | $11,496.42 | $0.00 |
|  | $11,496.42 | $11,496.42 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,496.42 |
| Total Gross Receipts: | $11,496.42 |